IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



FILED
OCT 2 8 2024
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR323-1 |
| | : | |
| ANGEL ALBERTO SANCHEZ-PEREIDA, | : | |
| also known as Erick Sanchez and | : | |
| Erick Estrada | : | |

The Grand Jury charges:

## COUNT ONE

On or about April 24, 2024, in the County of Davidson, in the Middle
District of North Carolina, ANGEL ALBERTO SANCHEZ-PEREIDA, also
known as Erick Sanchez and Erick Estrada, knowingly and intentionally did
unlawfully distribute 500 grams or more of a mixture and substance containing
a detectable amount of methamphetamine, a Schedule II controlled substance
within the meaning of Title 21, United States Code, Section 812; in violation
of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT TWO

On or about April 24, 2024, in the County of Davidson, in the Middle
District of North Carolina, ANGEL ALBERTO SANCHEZ-PEREIDA, also
known as Erick Sanchez and Erick Estrada, knowingly and intentionally did
unlawfully possess with intent to distribute 500 grams or more of a mixture

and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

COUNT THREE

On or about April 25, 2024, in the County of Davidson, in the Middle District of North Carolina, ANGEL ALBERTO SANCHEZ-PEREIDA, also known as Erick Sanchez and Erick Estrada, an alien who had previously been deported and removed from the United States on or about November 27, 2007, and on or about November 7, 2017, and whose removal was subsequent to a conviction for the commission of an aggravated felony, to wit:

| Felony | Court | Offense Date | Date of Conviction | Term of Imprisonment |
|---|---|---|---|---|
| Possession of Firearm by Illegal Alien | United States District Court for the Middle District of North Carolina | 06/09/2005 | 02/22/2006 | 34 months |

and thereafter was found in the United States, in Davidson County, North Carolina, said defendant having not obtained the consent of the Attorney General of the United States or the Secretary for Homeland Security to reapply

2

for admission into the United States; in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

DATED: October 28, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: KYLE D. POUSSON
Assistant United States Attorney

A TRUE BILL:

FOREPERSON